UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| LISA G. BURNS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 5:20-cv-00328-MAS |
| v. ) | |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Consistent with the contemporaneously entered Memorandum Opinion & Order resolving the summary judgment cross-motions in this case, the Court **ORDERS** and **ADJUDGES** as follows:

1. The Court **AFFIRMS** the administrative decision and **ENTERS JUDGMENT** in favor of Defendant Commissioner of Social Security;

2. The Court **DISMISSES WITH PREJUDICE** Plaintiff's Complaint (DE 1); and

3. The Court **STRIKES** this matter from its active docket.

This the 4th day of February, 2022.



Signed By:
Matthew A. Stinnett  MAS
United States Magistrate Judge